UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
THREADED PEAR LLC,	:
	:
                Plaintiff,	:	22-CV-4408 (JHR) (OTW)
	:
                -against-	:	**ORDER**
	:
JEN & CO. LLC,	:
	:
                Defendant.	:
	:
	:
-------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of Defendant's letter motion for discovery. (ECF 36).

In Plaintiff's January 18, 2024 letter, Plaintiff's counsel represented that "many issues" were "provisionally resolved" at a meet-and-confer "to address issues raised in Defendant's submissions." (ECF 37). Plaintiff's counsel further represented that "[w]e remain hopeful that the Court and parties may efficiently push the case forward by avoiding unnecessary motion practice." *Id.*

The parties are directed to file a joint status letter **by April 19, 2024**. The parties' letter must inform the Court about the status of the case, including: 1) whether the issues raised in ECF 36 have been resolved; and 2) whether the parties would like a referral to the Court's Mediation Program, a status conference, or a Pre-Settlement Conference Call.

      **SO ORDERED.**

                                                            *s/ Ona T. Wang*

Dated: April 11, 2024	                 **Ona T. Wang**
      New York, New York	                 United States Magistrate Judge