**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
THREADED PEAR LLC,

                Plaintiff,                    22-CV-4408 (JHR) (OTW)

           -against-                     **ORDER**

JEN & CO. LLC,

                Defendant.

---------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court will hold a Pre-Settlement Conference Call on **September 18, 2024, at 2:00 p.m.** The dial in information is (866) 390-1828, access code 1582687.

**SO ORDERED.**

                                                          _s/ Ona T. Wang_

Dated: August 29, 2024                                **Ona T. Wang**
        New York, New York                    United States Magistrate Judge