**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
THREADED PEAR LLC,

               Plaintiff,

               -against-

JEN & CO. LLC,

               Defendant.

------------------------------------------------------------x

22-CV-4408 (JHR) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held a Pre-Settlement Conference Call on Wednesday, September 18, 2024.

The parties are directed to file a joint status letter by **Wednesday, October 23, 2024**.

**SO ORDERED.**

Dated: September 19, 2024
       New York, New York

                                             *s/ Ona T. Wang*
                                             **Ona T. Wang**
                                             United States Magistrate Judge