UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
THREADED PEAR LLC,                          :
                                            :
                     Plaintiff,  :      22-CV-4408 (JHR) (OTW)
                                            :
                -against-        :      **ORDER**
                                            :
JEN & CO. LLC,                              :
                                            :
                    Defendant. :
                                            :
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of ECF 48.

The parties are directed to file a joint letter on the docket by **November 29, 2024**, informing the Court on the status of the parties' settlement negotiations and whether the parties are ready for a 30-day Order dismissing the case.

**SO ORDERED.**

Dated: November 1, 2024
       New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge