**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
THREADED PEAR LLC,                                          :
                                                            :
                    Plaintiff,                              :    22-CV-4408 (JHR) (OTW)
                                                            :
         -against-                                          :    ORDER
                                                            :
JEN & CO. LLC,                                              :
                                                            :
                    Defendant.                              :
                                                            :
                                                            :
------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of ECF 50.

The parties' request for an additional thirty days to finalize the settlement agreement is

**GRANTED**.

In light of the parties' pending settlement agreement, I respectfully recommend that

Judge Rearden enter a 60-day Order dismissing the case.

**SO ORDERED.**

Dated: December 10, 2024              _s/ Ona T. Wang_____
       New York, New York             **Ona T. Wang**
                                      United States Magistrate Judge